IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ROBERT MORRIS JONES,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D21-1838
LT Case No. 2017-CF-536

Decision filed April 25, 2023

Appeal from the Circuit Court
for Marion County,
Steven G. Rogers, Judge.

Matthew J. Metz, Public Defender,
and Kathryn Rollison Radtke,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

EDWARDS, KILBANE and MACIVER, JJ., concur.